# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158132(39)(44)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JONTELE SWANSON-DEVILL GOODWIN,
    Defendant-Appellant.
_____/

SC: 158132
COA: 338266
Monroe CC: 16-243088-FC

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing an amended application for leave to appeal are GRANTED. The amended application will be accepted as timely filed if submitted on or before February 9, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk